# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-352
Lower Tribunal No. 15-1552 SP

_____

**Velo Chiro Fizik Inc., a/a/o Leosmel Rodriguez,**
Appellant,

vs.

**Allstate Fire and Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Law Office of Chad A. Barr, P.A., and Chad A. Barr (Altamonte Springs), for appellant.

Shutts & Bowen LLP, and Daniel E. Nordby, Jason Gonzalez (Tallahassee), and Garrett A. Tozier (Tampa), for appellee.

Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>Allstate Ins. Co. v. Orthopedic Specialists</u>, 212 So. 3d 973, 979 (Fla. 2017) ("Allstate's PIP policy provides legally sufficient notice of Allstate's election to use the permissive Medicare fee schedules identified in section 627.736(5)(a) 2. to limit reimbursements.").